AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| PARKER, JAMES A. | U.S. DISTRICT COURT | 05/12/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.DIST.JUDGE(SENIOR) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

421 Gold Ave., S.W.
ALBUQUERQUE, N.M. 87102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Manager | JPFP Family, LLC |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 05/12/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 05/12/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 05/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Bascom ValueAdded Apartment Investors II | A | Interest | L | U | | | | | |
| 2. | Bank of Am Checking/Savings (Albuquerque, NM) | A | Interest | K | T | | | | | |
| 3. | Bank of Am Checking /SavingsAcct (LLC) (Denver, CO) | A | Interest | J | T | | | | | |
| 4. | REAL ESTATE INTERESTS (H) | | | | | | | | | |
| 5. | Parcel #1, Harris Co., TX (Undivided 50%) (LLC) ($278,174) | | None | J | S | | | | | |
| 6. | | | | | | | | | | |
| 7. | Parcel #1, Live Oak Co., TX (Undivided 50%) (LLC) ($53,349) | A | Rent | J | S | | | | | |
| 8. | Parcel #1, Bernalillo Co. NM (Undivided 25%) (LLC) ($40,725) | | None | J | S | | | | | |
| 9. | Parcel #2, Bernalillo Co., NM (Undivided 50%) (LLC) ($37,850) | | None | J | S | | | | | |
| 10. | Parcel #1, La Plata Co., CO (Undivided 50% (LLC) ($55,000) | A | Rent | J | S | Buy (add'l) | 08/15/17 | J | | Beverly Parker Weaver |
| 11. | MINERAL PROPERTIES OKLAHOMA: (H) | | | | | | | | | |
| 12. | Love Co. | C | Royalty | J | W | | | | | |
| 13. | MINERAL PROPERTIES TEXAS: (H) | | | | | | | | | |
| 14. | Live Oak Co (LLC) | A | Royalty | J | W | | | | | |
| 15. | MINERAL PROPERTIES COLORADO: (H) | | | | | | | | | |
| 16. | Adams Co.(LLC) | A | Distribution | J | U | | | | | |
| 17. | | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 05/12/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Weld Co. (LLC) | C | Distribution | J | U | | | | | |
| 19. Washington Co. (LLC) | A | Distribution | J | U | | | | | |
| 20. | | | | | | | | | |
| 21. Westfield Res. Partners (LLC) | | None | J | W | | | | | |
| 22. Denver Minerals & Royalty | D | Distribution | M | W | | | | | |
| 23. | | | | | | | | | |
| 24. FIDUCIARY TRUST INT'L ACCOUNT: (H) | | | | | | | | | |
| 25. Celgene Corp | | None | K | T | Sold (part) | 05/26/17 | K | D | |
| 26. Franklin Int'l Growth Fund | A | Interest | K | T | Sold (part) | 12/22/17 | J | A | |
| 27. | | | | | | | | | |
| 28. Franklin Custodian Fds Growth Adv Class | D | Int./Div. | O | T | Sold (part) | 12/22/17 | J | A | |
| 29. Franklin Small Cap | A | Dividend | M | T | Sold (part) | 12/22/17 | J | A | |
| 30. Franklin US Government Securities Fund | C | Interest | M | T | Sold (part) | 12/22/17 | J | A | |
| 31. Artisan Small Cap | A | Dividend | M | T | Buy | 12/05/17 | M | | |
| 32. | | | | | | | | | |
| 33. Broadcom Ltd | A | Dividend | L | T | Sold (part) | 05/26/17 | K | D | |
| 34. Chubb Ltd | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 05/12/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | | | | | |
| 36. | | | | | | | | | |
| 37. Apple Inc | A | Dividend | L | T | | | | | |
| 38. ISHARES MSCI Emerging Markets | B | Dividend | M | T | Sold<br>(part) | 12/22/17 | J | A | |
| 39. JP Morgan Chase | A | Dividend | K | T | | | | | |
| 40. Apex Operating Co., LLC | | None | M | W | | | | | |
| 41. International Equity Series CL P | A | Int./Div. | K | T | Sold<br>(part) | 12/22/17 | J | | |
| 42. | | | | | | | | | |
| 43. Pioneer Oak Ridge Small Cap | | None | | | Sold | 12/06/17 | M | D | |
| 44. Dell Technologies, Inc. | | None | | | Sold | 05/26/17 | J | A | |
| 45. Noble Energy | A | Dividend | L | T | | | | | |
| 46. | | | | | | | | | |
| 47. Siemens AG | A | Dividend | J | T | | | | | |
| 48. Johnson & Johnson | B | Dividend | K | T | Sold<br>(part) | 03/02/17 | J | D | |
| 49. | | | | | | | | | |
| 50. Compass/BBVA check acct. | A | Interest | K | T | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 05/12/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. AXA IRA (93 holdings all below reporting threshold: $67.91 to $616.37 | B | Int./Div. | K | T | | | | | |
| 53. USAA CDs | A | Interest | K | T | | | | | |
| 54. USAA FUND ADVISOR ACCOUNT: (H) | | | | | | | | | |
| 55. USAA Growth Fund Instl | A | Distribution | L | T | Buy (add'l) | 12/08/17 | J | | |
| 56. USAA Income Stock Fund Instl | B | Dividend | L | T | Buy (add'l) | 12/08/17 | J | | |
| 57. USAA International Fund | C | Dividend | M | T | Buy (add'l) | 12/08/17 | J | | |
| 58. USAA Small Cap Stock Fund | A | Distribution | L | T | Buy (add'l) | 12/08/17 | J | | |
| 59. USAA Emerging Maarkets Fund | A | Dividend | K | T | Buy (add'l) | 12/14/17 | J | | |
| 60. | | | | | | | | | |
| 61. USAA High Income Fund | B | Distribution | K | T | Buy (add'l) | 12/14/17 | J | | |
| 62. USAA Income Fund Institutional | C | Dividend | M | T | Buy (add'l) | 12/08/17 | J | | |
| 63. USAA Intrm-Term Bond Fund | C | Dividend | M | T | Buy (add'l) | 12/29/17 | J | | |
| 64. | | | | | | | | | |
| 65. USAA Short-Term Bond Fund | A | Interest | K | T | Buy (add'l) | 12/08/17 | J | | |
| 66. USAA Managed Allocation Fund | A | Dividend | K | T | Buy (add'l) | 12/27/17 | J | | |
| 67. USAA Subscriber's Account | A | Distribution | J | T | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 05/12/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. Charles Schwab Money Fund | A | Interest | L | T | | | | | |
| 71. | | | | | | | | | |
| 72. | | | | | | | | | |
| 73. | | | | | | | | | |
| 74. | | | | | | | | | |
| 75. | | | | | | | | | |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 05/12/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 05/12/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The entries on Lines 3,5,7,8,9,10,14,16,18,19, and 21, Part VII reflect my 2% ownership interest in JPFP Family, LLC , which is the owner of the assets described on those lines.

The Adams Co, Colorado mineral properties reported on Line 16, Part VII are working interests; in addition there were royalty interests in Adams Co. that produced income in catagory A and that had a year end Value J under value code U.

The Weld Co., Colorado mineral properties reported on Line 18, Part VII are working interests; in addition there were royalty interests in Weld Co that produced income in catagory C and that had a year end Value J under value code U.

The securities shown on Lines 25 through 48 of Part VII were held during 2017 by Fiduciary Trust International either in an I.R.A. account and/or in managed accounts.

The securities shown on Lines 55 through 67 of Part VII were held during 2017 by USAA either in an I.R.A. account and/or in a managed account.

I own interests in Denver Minerals & Royalty (Line 22, Part VII) both individually and through my 2% ownership of JPFP Family, LLC, which also owns an interest in Denver Minerals & Royalty. The income and year end values shown on Line 22 are a combination of my personal and derivative interests.`

Frisco Energy, LLC; L.E. Jones Operating, Inc.; XTO, Inc.; and Enterprise, Inc.paid royalties during 2017 on the mineral properties in Love County, Oklahoma shown on Line 12, Part VII.

Suncor Energy Marketing, Inc.; Plains Marketing, LP; HRM Resources, LLC.; and Kerr-McGee Oil & Gas paid royalties or made distributions on working interests during 2017 on the mineral properties in Adams County, Colorado shown on Line 16, Part VII.

Lilis Energy, Inc.; Noble Energy; Kerr-McGee Oil & Gas; Encana Oil & Gas; and Suncor Energy Marketing, Inc paid royalties or made distributions on working interests during 2017 on the mineral properties in Weld County, Colorado shown on Line 18, Part VII.

Plains Marketing, LP; made distributions on working interests during 2017 on the mineral properties in Washington County, Colorado shown on Line 19, Part VII.

Kovar Operating; LLC.; Ace Gathering, Inc.; Sunray Marketing, LLC.; and Welder Operating and Production, Inc.paid royalties in 2017 on the mineral interests in Live Oak County, Texas shown on Line 14, Part VII.

On prior reports, the value of Denver Mineerals & Royalty (Line 22, Part VII) was incorrectly reported as value J whereas it should have been reported as value M, as shown on this 2017 report.

The transactions in various USAA Funds shown on Lines 55-59, 61-63, 65, and 66, Part VII as "Buy add'l" were simply reinvestment in the same fund of money derived from the sale on the same day of the amount reinvested. (For example, on Deceember 8, 2017 some of the USAA Income Fund Institutional (Line 62, PartVII) was sold for a gain and the the proceeds were reinvested the same day in the same Fund establishing a new, higher basis.)  This apparently was to establish new bases and for tax purposes.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JAMES A. PARKER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544